RECEIVED
2019 AUG -5 P 12:00
US BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

AutoMoney, Inc.

450 Meeting St.

Charleston, SC 29403

843-958-0340

August 2, 2019

US Bankruptcy Court

District of South Carolina

Clerk of Court

1100 Laurel St.

Columbia, SC 29201

      RE:    Denise Jennings Wray

             19-03888-hb

Madam,

      Please find enclosed a form Motion and Order Disabling Public Access to Filed Documents. I inadvertently attached the wrong debtor's information to my Proof of Claim and need for that to be sealed. I have already filed an Amended Proof of Claim with the correct information attached. Enclosed is a check for the filing fee and an envelope to return the executed order to my office. Thank you for your attention to this matter.

Sincerely,

*Abigail Duffy*

Abigail Duffy

General Counsel, AutoMoney, Inc.

Cc:    Sheryl C. Bland

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: DENISE JENNINGS WRAY | CASE NO: 19-03888-hb |
| | CHAPTER: 7 |
| DEBTOR(S) | |

**ORDER DISABLING PUBLIC ACCESS TO FILED DOCUMENTS**

      This matter comes before the Court on the motion of AutoMoney, Inc. to redact or disable public access to filed documents not in compliance with Fed. R. Bankr. P. 9037. It appears that AutoMoney, Inc. has indaverantly filed a document supporting proof of claim which contains information regarding another debtor with identifying information. Accordingly, pursuant to Fed. R. Bankr. P. 9037(d), it is hereby:

      ORDERED that the Clerk of Court shall disable public access to document number 1-1 of AutoMoney, Inc.'s Proof of Claim filed by AutonMoney, Inc. on (date of filing). Access to document number 1-1 of AutoMoney's Proof of Claim shall be restricted to the Clerk of Court and the Court.

      AND IT IS SO ORDERED.

- 1 -

AutoMoney, Inc.
450 Meeting St.
Charleston, SC 29403

M8//a
fw
petition

CHARLESTON
SC 294
02 AUG '19
PM 3 L

US Bankruptcy Court
District of South Carolina
Clerk of Court
1100 Laurel St.
Columbia, SC
29201

29201-260200

UNITED STATES POSTAGE
021P
000879979
AUG 02 2019
MAILED FROM ZIP CODE 29403
$ 000.500
PITNEY BOWES