UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: DENISE JENNINGS WRAY <br><br><br><br><br><br> DEBTOR(S) | CASE NO: 19-03888-hb <br><br> CHAPTER: 7 |

**ORDER DISABLING PUBLIC ACCESS TO FILED DOCUMENTS**

      This matter comes before the Court on the motion of AutoMoney, Inc. to redact or disable public access to filed documents not in compliance with Fed. R. Bankr. P. 9037. It appears that AutoMoney, Inc. has indaverantly filed a document supporting proof of claim which contains information regarding another debtor with identifying information. Accordingly, pursuant to Fed. R. Bankr. P. 9037(d), it is hereby:

      ORDERED that the Clerk of Court shall disable public access to document number 1-1 of AutoMoney, Inc.'s Proof of Claim filed by AutonMoney, Inc. on (date of filing). Access to document number 1-1 of AutoMoney's Proof of Claim shall be restricted to the Clerk of Court and the Court.

      AND IT IS SO ORDERED.